**Exhibit 1**

**Trademark Registration**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,747,497**  
**Registered May 31, 2022**  
**Int. Cl.: 18, 25, 35**  
**Service Mark**  
**Trademark**  
**Principal Register**

SKIMS BODY, INC. (DELAWARE CORPORATION)  
3578 Hayden Avenue  
Suite N-1  
Culver City, CALIFORNIA 90232

CLASS 18: Cosmetic bags sold empty

FIRST USE 8-26-2019; IN COMMERCE 4-23-2020

CLASS 25: Lingerie, shapewear; hosiery; garters and garter belts; panties; baby doll pajamas; stockings; breast shapers in the nature of adhesive bras; petals in the nature of nipple cover pasties; nipple cover pasties; lingerie accessories, namely, removable breast pads used in a bra; bras; bralette; slips being underclothing; teddies being underclothing; rompers; bodysuits; corsets being underclothing; bustiers; camisoles; chemisoles being underclothing; chemises; negligee; brassiere; girdles; nightgown; nighties being underclothing; leotards; socks; tee shirts; sweatshirts; robes; sarongs; cloaks; shorts; headwear; shoes, namely, sandals

FIRST USE 8-26-2019; IN COMMERCE 9-10-2019

CLASS 35: Retail store services featuring clothing, lingerie, and accessories

FIRST USE 8-26-2019; IN COMMERCE 9-10-2019

The mark consists of the word "SKIMS" in a stylized font.

SER. NO. 88-983,489, FILED 08-26-2019



*Katherine Kelly Vidal*  
Director of the United States  
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# SKIMS

**Reg. No. 6,754,965**
**Registered Jun. 07, 2022**
**Int. Cl.: 18, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

SKIMS BODY, INC. (DELAWARE CORPORATION)
3578 HAYDEN AVENUE, STE N-1
CULVER CITY, CALIFORNIA 90232

CLASS 18: cosmetic bags sold empty

FIRST USE 8-26-2019; IN COMMERCE 4-26-2020

CLASS 25: Lingerie, shapewear; hosiery; garters and garter belts; panties; baby doll pajamas; stockings; breast shapers in the nature of adhesive bras; petals in the nature of nipple cover pasties; nipple cover pasties; lingerie accessories, namely, removable breast pads used in a bra; bras; bralette; slips being underclothing; teddies being underclothing; rompers; bodysuits; corsets being underclothing; bustiers; camisoles; chemisoles being underclothing; chemises; negligee; brassiere; girdles; nightgown; nighties being underclothing; leotards; socks; tee shirts; sweatshirts; robes; sarongs; cloaks; shorts; headwear; shoes, namely, sandals

FIRST USE 8-26-2019; IN COMMERCE 9-10-2019

CLASS 35: Retail store services featuring clothing, lingerie, and accessories

FIRST USE 8-26-2019; IN COMMERCE 9-10-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-983,663, FILED 07-15-2019



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# SKIMS

**Reg. No. 7,413,923**
**Registered Jun. 11, 2024**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

SKIMS BODY, INC. (DELAWARE CORPORATION)
3578 HAYDEN AVENUE, STE N-1
CULVER CITY, CALIFORNIA 90232

CLASS 25: Underwear; undergarments; briefs as underwear; thong underwear; tank tops; leggings; athleisure garments, namely, shirts, T-shirts, racerback tops as clothing, pants, leggings, tank tops, sports bras, sweat pants, sweat shirts, sweat shorts, undergarments, hoodies, joggers being jogging pants, caps as clothing, socks; athletic shirts, athletic tights, athletic shorts, athletic tops, athletic bottoms; lounge pants; loungewear; sweatsuits; hoodies; sweatpants; joggers being jogging pants; sweat shorts; shirts; dresses; skirts; jumpsuits; trousers; footwear; sandals; outer jackets; athletic jackets; pajamas; maternity clothing, namely, maternity shapewear, maternity bras

FIRST USE 8-26-2019; IN COMMERCE 9-10-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-241,894, FILED 10-26-2023

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office

# SEAMLESS SCULPT

**Reg. No. 7,675,898**

**Registered Feb. 04, 2025**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

SKIMS BODY, INC. (DELAWARE CORPORATION)
3578 HAYDEN AVENUE, STE N-1
CULVER CITY, CALIFORNIA 90232

CLASS 25: Underwear; Undergarments; Bodysuits; Briefs as underwear; Thong underwear; Bralettes; Leggings; Catsuits; Waist trainers; Bandeau tops; Shapewear; Panties; Arm shapers

FIRST USE 9-30-2019; IN COMMERCE 9-30-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SEAMLESS"

SEC.2(F)

SER. NO. 98-359,061, FILED 01-16-2024



Acting Director of the United States Patent and Trademark Office

