# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SKIMS Body, Inc. ) | |
| ) | Case No. 25-cv-12696 |
| v. ) | |
| ) | Judge: Hon. Jorge L. Alonso |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Heather K. McShain |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

## PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF *EX PARTE* TEMPORARY RESTRAINING ORDER

Plaintiff GSN, Inc. seeks entry of a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF granted on November 13, 2025, Docket #22.

Plaintiff and Plaintiff's counsel have been working diligently with the various Internet platforms to identify and obtain contact information for the Doe Defendants, but need more time to assemble the contact information and effect service. To date, approximately 10% of the Doe Defendant's contact information has been located.

Plaintiff accordingly asks the court for a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF, until December 11, 2025, at which time the Plaintiff shall present a motion for a Preliminary Injunction.

Dated: November 23, 2025         Respectfully submitted,


                                 By:    s/David Gulbransen/

        David Gulbransen
        Attorney of Record
        Counsel for Plaintiff

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com