# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SKIMS Body, Inc. )
)  Case No. 25-cv-12696
v. )
)  Judge: Hon. Jorge L. Alonso
THE PARTNERSHIPS and )
UNINCORPORATED ASSOCIATIONS )  Magistrate: Hon. Heather K. McShain
Hon. IDENTIFIED ON SCHEDULE "A" )
)

## Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, SKIMS Body, Inc. voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 241 | LOVER-BEAUTY OFFICIAL | A1K4IFKV616H |
| 253 | Rooscier | A2GOWZ9YEKDOYD |
| 263 | FeelinGirl | A3B1JLNFNGFOL7 |
| 343 | lover beauty bodysuit | 634418216118137 |
| 344 | lover beauty dress | 634418216257878 |
| 345 | lover beauty leggings | 634418216258569 |
| 346 | lover beauty shapewear | 634418216258869 |
| 350 | Lover Beauty Women Shapewear | 634418218257012 |
| 353 | Feelingirl Office | 634418219597246 |

Dated: December 12, 2025

Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com