IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKIMS Body, Inc. ) | |
| ) | Case No. 25-cv-12696 |
| v. ) | |
| ) | Judge: Hon. Jorge L. Alonso |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Heather K. McShain |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, SKIMS Body, Inc. voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 86 | Xiamen Hexin Supply Chain Management Co., Ltd. | hexinunderwearup |
| 94 | Xiamen Hexin Supply Chain Management Co., Ltd. | hxdress |
| 117 | Xiamen Heailun Clothing Co., Ltd. | lover-beauty |
| 118 | Xiamen Heliangxin Clothing Co., Ltd. | loverbeauty |
| 192 | Guangzhou Yogi Gym Apparel Co., Ltd. | yogiapparel |
| 245 | Rosemary Kiss | A1PKBSMLRAEBDL |
| 262 | ruizhitin | A3AE7HGCIMGYV7 |
| 320 | Fashion*Factory*Shop | fashionfactoryshop |
| 335 | Werena BDB | 634418214092894 |
| 351 | Werena HK | 634418219411617 |
| 365 | Mylike Clothing | 101183420 |
| 372 | Jackey Clothing Shop | 101220013 |
| 380 | hooemook | 101476849 |
| 381 | Baberdicy | 101479598 |
| 382 | UK-Generic | 101487776 |
| 383 | BOOXK | 101515334 |
| 389 | Ykefki Clothing Mall | 101590225 |
| 390 | YAOQIANYUSHU | 101590246 |
| 395 | xixigoystore | 101623310 |

| 405 | WJPUSJHSBAAS | 101669709 |
|---|---|---|
| 408 | Cli beau | 101688234 |
| 413 | LSYMJHSA | 102480441 |
| 426 | Liuixou | 102569485 |
| 429 | WUOIAOW | 102577510 |
| 433 | Kidscute Store | 102605926 |
| 436 | IJGEALM | 102619369 |
| 442 | wager | 102664597 |
| 443 | USEASY | 102743583 |
| 445 | XIYON | 102752230 |
| 449 | Vividxx | 102773380 |
| 450 | RUTAYY | 102773633 |
| 451 | NovoNook | 102773772 |
| 452 | CAIVO | 102775181 |
| 457 | Fun Lifestyle Grocery Store | 57a343763efe5518c090f2f8 |
| 458 | Simple Beauty Home | 58c9501effcbce273076d6ea |
| 462 | Novelty-Store | 60443d74ddca485e6cbd374c |

Dated: January 8, 2026  Respectfully submitted,

By:  s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com