**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SKIMS Body, Inc. ) | |
| ) | Case No. 25-cv-12696 |
| v. ) | |
| ) | Judge: Hon. Jorge L. Alonso |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Heather K. McShain |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, SKIMS Body, Inc. voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 39 | Guangzhou Chaoyang Clothing Technology Co., Ltd. | cydream |
| 207 | Hey My friends | 1101057155 |
| 245 | Rosemary Kiss | A1PKBSMLRAEBDL |
| 255 | handing shop | A2Q3NGU80GAE4Z |
| 267 | sistillpeace | A3UHHWTEVGYYW5 |
| 276 | Ysabeloom Store | AM3N1C24C843G |
| 347 | CasualCharm | 634418216728325 |
| 348 | WanderLuxe | 634418216728344 |
| 358 | Fashion Great Store | 101044631 |
| 359 | New Fashion Collection | 101067051 |
| 361 | HESHPAWS | 101087957 |
| 392 | XDDLITP | 101609905 |
| 438 | MecTo Shapewear& Swimsuits | 102634721 |
| 456 | US Luxury Queen Store | 13945 |

Dated: January 15, 2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　　s/David Gulbransen/
　　　　　　　　　　　　　　　　　　　　　David Gulbransen
　　　　　　　　　　　　　　　　　　　　　Attorney of Record

2

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        david@gulbransenlaw.com