**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SKIMS Body, Inc. ) | |
| ) | Case No. 25-cv-12696 |
| v. ) | |
| ) | Judge: Hon. Jorge L. Alonso |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Heather K. McShain |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on February 17, 2026, at 9:30AM Plaintiff shall appear before the Honorable Jorge L. Alonso or any judge sitting in their stead and shall present the **Plaintiff's Motion for Entry of Default and Default Judgment**.

                         Respectfully submitted,

                         By:   s/David Gulbransen/
                               David Gulbransen
                               Attorney of Record

                               David Gulbransen (#6296646)
                               Law Office of David Gulbransen
                               805 Lake Street, Suite 172
                               Oak Park, IL 60302
                               (312) 361-0825 p.
                               (312) 873-4377 f.

## CERTIFICATE OF SERVICE

I hereby certify that on the February 9, 2026, the **Notice of Motion, Plaintiff's Motion for Entry of Default and Default Judgment** and **Memorandum of Law in Support of Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendant's will also be provided notice February 9, 2026, via e-mail to the e-mail addresses the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

By:   s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com