IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKIMS Body, Inc. ) | |
| ) | Case No. 25-cv-12696 |
| v. ) | |
| ) | Judge: Hon. Jorge L. Alonso |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Heather K. McShain |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**FINAL DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff SKIMS Body, Inc. ("SKIMS") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and SKIMS having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; SKIMS having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because

Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, SKIMS has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of SKIMS's federally registered trademarks (the "SKIMS Trademarks") to residents of Illinois. In this case, SKIMS has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the SKIMS Trademarks. *See* Docket No. 14, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the SKIMS Trademarks.]

A list of the SKIMS Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 6747497 | SKIMS | 18, 25, 35 |
| 6754965 | SKIMS | 18, 25, 35 |
| 7413923 | SKIMS | 25 |
| 7675898 | SEAMLESS SCULPT | 25 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that SKIMS's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the SKIMS Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine SKIMS product or not authorized by SKIMS to be sold in connection with the SKIMS Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine SKIMS product or any other product produced by SKIMS, that is not SKIMS's or not produced under the authorization, control, or supervision of SKIMS and approved by SKIMS for sale under the SKIMS Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of SKIMS, or are sponsored by, approved by, or otherwise connected with SKIMS; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for SKIMS, nor authorized by SKIMS to be sold or offered for sale, and which bear any of SKIMS's trademarks, including the SKIMS Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at SKIMS's choosing:

    a. transfer the Defendant Domain Names to SKIMS's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of SKIMS's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of SKIMS's selection; or

    b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon.com, eBay, Inc., Walmart, AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the SKIMS Trademarks; and

  b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the SKIMS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine SKIMS product or not authorized by SKIMS to be sold in connection with the SKIMS Trademarks.

4. Upon SKIMS's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the SKIMS Trademarks.

5. Pursuant to 15 U.S.C. § 1117(c)(2), SKIMS is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000.00 for willful use of counterfeit SKIMS Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, eBay, Walmart, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Payoneer, Stripe, etc., shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, eBay, Walmart, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Payoneer, Stripe, etc., are hereby released to SKIMS as partial payment of the above-identified damages, and Third Party Providers, including Amazon, eBay, Walmart, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Payoneer, Stripe, etc., are ordered to release to SKIMS the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until SKIMS has recovered full payment of monies owed to it by any Defaulting Defendant, SKIMS shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that SKIMS identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, SKIMS may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

10. The $462,000.00 dollar surety bond posted by SKIMS is hereby released to SKIMS or its counsel, The Law Office of David Gulbransen. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to SKIMS or its counsel.

This is a Default Judgment.

Dated: February 17, 2026

_____
Jorge L. Alonso
United States District Ju

Schedule A

| Doe | Store Name | Mecrhant ID |
|---|---|---|
| 1 | Anhui Yuanshan Engineering Technology Co., Ltd. | ahysgj |
| 2 | Shijiazhuang Aishangxin Imp&Exp Co., Ltd. | aishangxin |
| 3 | Shanxi Ashley Bio-Tech Co., Ltd. | aisili |
| 4 | Jiangxi Love Nature Outdoor Products Co., Ltd. | aiziran |
| 5 | Zhejiang Amriy Technology Co., Ltd. | amriy |
| 6 | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aofitbrace |
| 7 | A. R SOURCING BANGLADESH | arsourcingbangladesh |
| 8 | Shenzhen Agilemind E-Commerce Co., Ltd. | atbuty |
| 9 | Shantou City Bai Mu Underwear Industrial Co., Ltd. | baimushiye |
| 10 | Xinxiang Baiyin Clothing Co., Ltd. | baiyinfushi |
| 11 | Shijiazhuang Bangster Import And Export Co., Ltd. | bangster |
| 12 | Huizhou Aimeili Beauty Sports Goods Co., Ltd. | beautysports |
| 13 | Guangzhou Beicapeni Trade Co., Ltd. | beicapeni |
| 14 | Xiamen Bella Fitness Co., Ltd. | bella-fitness |
| 15 | Quanzhou Walson Imp & Exp Co., Ltd. | bestdress |
| 16 | Shantou City Bell-Fenny Garments Co., Ltd. | bfbra |
| 17 | Suzhou Dong Lin Tai Co., Ltd. Shenzhen Branch | blaraorganichouse |
| 18 | Wanran International Trade Co., Ltd. | cdwr |
| 19 | Shijiazhuang Cearth Imp & Exp Co., Ltd. | cearth |
| 20 | Zhengzhou Cebing Trading Co., Ltd. | cebing |
| 21 | Guangzhou Chaoyang Clothing Technology Co., Ltd. | chaoyangclothing |
| 22 | Guangzhou Cheng Se Advertising Co., Ltd. | chengse666 |
| 23 | Zhongshan Youxuanhui E-Commerce Co., Ltd. | chinasuperior |
| 24 | Yiwu Yinpeng Healthy&Sport Article Co., Ltd. | chinayinpeng |
| 25 | Yiwu Chunwei Clothing Co., Ltd. | chunweifushi888 |
| 26 | Xiamen Huanqiu Aerospace Technology Co., Ltd. | cn1524303644odyb |
| 27 | Gaoan Yuexi Trading Co., Ltd. | cn1560505350wqvn |
| 28 | Ningbo Dekey Import & Export Co., Ltd. | cndekey |
| 29 | Nanning City Qingxiu District Fusheng Nuohuan Trading Store (individual Business) | cnfsnh |
| 30 | Yiwu Haigu Trading Co., Ltd. | cnhai |
| 31 | Hebei Yran Technology Co., Ltd. | cnhbyr |
| 32 | Guangzhou Meisu Apparel Co., Ltd. | cnmeisu |
| 33 | Maqvob Apparel Group Ltd. | cnmindi |
| 34 | Hangzhou Shangyou Apparel Co., Ltd. | cnshangyou |

| 35 | Jinhua Yongxing Knitting Co., Ltd | cnyx666 |
|---|---|---|
| 36 | Shenzhen Pinchen Technology Co., Ltd. | cpty |
| 37 | Xiamen Customing Garment Co.,ltd | customing |
| 38 | Guangxi Free Trade Zone Mengxiong Trading Co., Ltd. | cutebear |
| 40 | Hebei Dazzle Health Technology Co., Ltd. | dazzlehealth |
| 41 | Guangdong Hangyang Flower Co., Ltd. | debela |
| 42 | Dongguan Chic Apparel Co., Ltd. | dgchic |
| 43 | Dongguan Xiuyu Fashion Garment Co., Ltd. | dgxiuyu |
| 44 | Dongguan Yuanlide Garment Co., Ltd. | dgyuanlide |
| 45 | Dongguan Diwan Textile Technology Co., Ltd. | divineclothing |
| 46 | Shenzhen Dixianni Trading Co., Ltd. | dixianni |
| 47 | Yiwu Diyasi Dress Co., Ltd. | diyasiapparel |
| 48 | Dizzah International | dizzahinternational |
| 49 | Guangzhou Dongqian Rubber & Plastic Products Co., Ltd. | dqneoprene |
| 50 | Guangzhou Dolly Clothing Co., Ltd. | dyunderwear |
| 51 | Shenzhen Embrace Underwear Co., Ltd. | embra |
| 52 | Shantou Enhong Clothing Co., Ltd. | enhon |
| 53 | Guangzhou Tianhe District Chaorong Garment Factory | fajacurves |
| 54 | Shijiazhuang Fancy Technology Co., Ltd. | fancyshape |
| 55 | Foshan Fanjiang Clothing Co., Ltd. | fanjiang |
| 56 | FAZII APEX | faziiapex |
| 57 | Shenzhen Fengdeng Import And Export Trade Co., Ltd. | fengdeng |
| 58 | Free Market Co., Ltd. | freemarketapparel |
| 59 | Hebei Fryan Technology Co., Ltd. | fryantech |
| 60 | Foshan Nanhai Aimi Clothing Co., Ltd. | fsaimi |
| 61 | Foshan Chenlin Clothing Co., Ltd. | fschenlin |
| 62 | Foshan Jianwei Sportswear Clothing Co., Ltd. | fsjianwei |
| 63 | Dongguan Chic Apparel Co., Ltd. | gdchic |
| 64 | Nanjing Gexini Trading Co., Ltd. | gexini |
| 65 | GOTHAMIND SPORTS | gothamindsports |
| 66 | Shenzhen Grace Underwear Co., Ltd. | gracebra |
| 67 | Yiwu Greencotton Daily Necessities Co., Ltd. | greencotton |
| 68 | Hangzhou Manbu Clothing Co., Ltd. | grizzilla |
| 69 | Xiamen Growjaa New Material Company | growjaa |
| 70 | Guangshui Meiqin Department Store | gsmqbh |
| 71 | Shantou Guangji Knitting Co., Ltd. | guangji1688 |

| | | |
|---|---|---|
| 72 | Yiwu Gucai Garment Manufactory | gucai |
| 73 | Guangxi Zhaoda Xingxuan Trading Co., Ltd. | gxsdxx |
| 74 | Yiwu Yandian Trading Company Limited | gymleader |
| 75 | Xiamen Gymwish Technology Co., Ltd. | gymwish |
| 76 | Guangzhou Auyan International Trading Co., Ltd. | gzauyan |
| 77 | Guangzhou Chaorong Clothing Co., Ltd. | gzchaorong |
| 78 | Guangzhou Dingtai Clothes Co., Ltd. | gzdingtai |
| 79 | Guangzhou Chaorong Technology Co., Ltd. | gzehrisw |
| 80 | Guangzhou City Huangpu District Hongda Trading Firm | gzhdfa |
| 81 | Guangzhou Hongyu Clothing Co., Ltd. | gzshongyu |
| 82 | Guangzhou Yumao Trading Firm (sole Proprietorship) | gzyumao |
| 83 | Hengshui Hareselection Trading Co., Ltd. | hareselection |
| 84 | Hebei Kang Sheng Yuan Sports Goods Co., Ltd. | hbksy |
| 85 | HB Garments (Shenzhen) Limited | hb-shaper |
| 87 | C&G HY INTERNATIONAL LIMITED | hkcghy |
| 88 | Shenzhen Hengkai Textile Co., Ltd. | hktextile |
| 89 | Henan Hanyun Department Store Co., Ltd. | hnhybh |
| 90 | Guangzhou Hongsen International Industry And Trade Co., Ltd. | homsam |
| 91 | Shantou Chaonan Hongyang Clothing Co., Ltd. | hongyang8888 |
| 92 | Hengshui Liou Import And Export Trade Co., Ltd. | hsliou |
| 93 | Dongguan Howie Textile Limited | hwtextile |
| 95 | Jiangsu Province Lifang Import&export Corp., Ltd. | hygieiashaper |
| 96 | Hangzhou Shangyou Apparel Co., Ltd. | hzshangyou |
| 97 | Hangzhou Xiaoliuzi Trading Co., Ltd. | hzxlz |
| 98 | Shenzhen Ibag Apparel Co., Ltd. | ibagapparel |
| 100 | Guangzhou Yiga Trading Co., Ltd. | igaapparel |
| 101 | Guangzhou Jinfeng Textile Technology Co., Ltd. | jffzkj |
| 102 | Guangzhou Jingfan E-Commerce Co., Ltd. | jingfan01 |
| 103 | Guangzhou Jiyue Apparel Co., Ltd. | jiyueapparel |
| 104 | Jiaxing Jubang E-Commerce Limited | jubangchina |
| 105 | Yiwu Zhuzhuan Knitting Co., Ltd. | jujuland |
| 106 | Dongguan Jukai Fashion Co., Ltd. | jukaifashion |
| 107 | Guangzhou Kanoshi Clothing Co., Ltd. | kanuoshi |
| 108 | Yiwu Xinruoxin Clothing Co., Ltd. | kikohya01 |
| 109 | Shantou Unigrace Manufacturing Ltd. | ladymate |
| 110 | Foshan Langqin Clothing Co., Ltd. | langqin1688 |

| | | |
|---|---|---|
| 111 | Shijiazhuang Letuo Imp& Exp Co., Ltd. | letuosports |
| 112 | Yiwu Linglu Trading Co., Ltd. | lingluunderwear |
| 113 | Shenzhen Ljvogues Sports Fashion Limited | ljvogues |
| 114 | Guangxi Intimate Clothing Co., Ltd. | lntimatewear |
| 115 | Yiwu Lontine International Trade Co., Ltd. | lontineintl |
| 116 | Chengdu Lori-Source Technology Co., Ltd. | lorisosport |
| 119 | Shenzhen Dikashi Network Technology Co., Ltd. | lynmissunderwear |
| 120 | Foshan Malin Exp&imp Co., Ltd. | manlinintl |
| 121 | Guangzhou Menty Clothing Co., Ltd | menty |
| 122 | Guangzhou Mige Sport Clothing Co., Ltd. | migeapparel |
| 123 | Dongguan Zhiyuan Xingfang Trading Co., Ltd. | missjin |
| 124 | Quanzhou Fengze Sanwen Trading Firm | miumiubrand |
| 125 | Anhui Milano Trading Co., Ltd. | mln |
| 126 | Vetega activewear sa de CV | mx29183270707muhs |
| 127 | Shenzhen Nanbin Technology Co., Ltd. | nanbinfashion |
| 128 | Ningbo Qichen International Co., Ltd. | nbqc |
| 129 | Nanchang Prosper Trading Co., Ltd. | ncprosper |
| 130 | Fuzhou Jihai Times Network Technology Co., Ltd. | new-age |
| 131 | Hello Poonkei (xiamen) Network Technology Co., Ltd. | nhpq01 |
| 132 | Guangzhou Nixiya Trade Development Co., Ltd. | nixiya |
| 133 | Nanjing Taiyu Textile Co., Ltd. | njtyfz |
| 134 | Nanning Liangxiang District Beikai Daily Cosmetics Store (Individual Business) | nnzjmf |
| 135 | Guangzhou Moshengqi Trading Co., Ltd. | omkagi |
| 136 | Hangzhou Paizheng Industrial Co., Ltd. | paize |
| 137 | Shantou Chaoyang District Guiyu Pengxing Knitting Factory | pengxing888 |
| 138 | Shanghai Lidong Industry Co., Ltd. | poloshirts |
| 139 | Yangzhou Paien Sports Goods Co., Ltd. | pyen |
| 140 | Nanning Qingxiu District Fun Play Duck Culture Communication Studio | quwanya |
| 141 | Yiwu Quzer Garment Co., Ltd. | quzer |
| 142 | Xinxiang City Muye District Ten Thousand Pavilion Clothing Co., Ltd. | qwg666 |
| 143 | Quzhou Maiji Imp & Exp Co., Ltd. | qzmj |
| 144 | Yiwu Ruineng Import & Export Co., Ltd. | reayoung |
| 145 | Shantou Qijia Underwear Co., Ltd. | shantouqijia |
| 146 | Foshan Mars E-Business Co., Ltd. | shinemars |
| 147 | Dongguan Wechery Clothing Co., Ltd. | shuangqiyi |

| | | |
|---|---|---|
| 148 | Hengshui Shuoyang Imp.&Exp. Co., Ltd. | shuoyang |
| 149 | Guangzhou Sihe Clothing Co., Ltd. | siheapparel |
| 150 | Guangzhou Hongyun Clothing Co., Ltd. | sqclothing |
| 151 | Shenzhen S-Shaper Garments Co., Ltd. | s-shaper |
| 152 | Shantou Aoyu Industrial Co., Ltd. | staoyu |
| 153 | Shantou City Chuangrong Apparel Industrial Company Limited | stchuangrong |
| 154 | Shantou Duole Technology Co., Ltd. | stduole |
| 155 | Shantou Fuben Clothing Trading Co., Ltd. | stfbfs |
| 156 | Shantou Fenteng Clothing Factory | stfenteng |
| 157 | Shantou Jialiansheng Industry Co., Ltd. | stjlssy |
| 158 | Shantou Manlusha Clothing Co., Ltd. | stmls |
| 159 | Shantou Chaoyang Oufaner Clothing Co., Ltd. | stoufaner |
| 160 | Shantou Peijiasheng Clothing Co., Ltd. | stpjs |
| 161 | Shantou Runxing Garment Co., Ltd. | strunxing |
| 162 | Shantou Chaoyang District Guiyu Yingjia Knitted Underwear Factory | styingjia |
| 163 | Shantou Jade Coral Garment Co., Ltd. | stysh |
| 164 | Shantou City Chaonan District Lugang Yuexiu Trading Firm (Individual Business) | styuexiu |
| 165 | Shijiazhuang Xiameng Trading Co., Ltd. | summer-dream1 |
| 166 | Guangzhou Ligang Garment Ltd. | sunnyoceanvip |
| 167 | Foshan Sunwin Apparel Co.Ltd | sunwinapparel |
| 168 | Shenzhen Siyuete Technology Co., Ltd. | sweetfun |
| 169 | Shaanxi Simoda Industrial Co., Ltd. | sxsmd |
| 170 | Shenzhen Guihai Industrial Co., Ltd. | szguihai |
| 171 | Shantou Talinfun Fashion Co., Ltd. | talinfun |
| 172 | Yiwu Huqiang E-Commerce Firm | tigerqiangclothes |
| 173 | Shantou Tj Commerce Textile Industrial Co..ltd. | tjcommerce |
| 174 | Yiwu Tongjia Trade Co., Ltd. | tongjiamaoyi |
| 175 | Hebei Tuanyue Imp & Exp Co., Ltd. | tuanyue |
| 176 | Xi'an Uni Trading Co., Ltd. | uniclothes |
| 177 | Dongguan Wanfang Trading Co., Ltd. | vanfound |
| 178 | Shenyang Wayboth Network Technology Co., Ltd. | wayboth |
| 179 | Hengshui Fang Ao Trading Co., Ltd. | wl-fitness |
| 180 | Shantou Wanzhanxing Apparel Co., Ltd. | wzxmart |
| 181 | Xinxiang Xiao Dong Clothing Co., Ltd. | xdclothes |
| 182 | Hunan Xingmei Garment Co., Ltd. | xingmeisportswear |
| 183 | Xiamen Fengway Imp. & Exp. Co., Ltd. | xmfengway |

| 184 | Xiamen Pop Gloria International Trade Co., Ltd. | xmpopgloria |
|---|---|---|
| 185 | Xiamen Yunxinzhe International Trade Co., Ltd. | xmyxz |
| 186 | Xiamen Zuonayi Trading Company Ltd. | xmzny |
| 187 | Yiwu Yandian Trading Company Limited | yandian |
| 188 | Shantou Yingkaifa Clothing Co., Ltd. | yingkaifa |
| 189 | Yiwu Lanxi Import And Export Co., Ltd. | yiwulanxi |
| 190 | Yiwu Mengyu Clothing Co., Ltd. | yiwumengyu |
| 191 | Yiwu Yiyun Clothing Co., Ltd. | yiyuncloth |
| 193 | Henan Yokids Group | yokids |
| 194 | Zhongshan Yousi Clothing Co., Ltd. | yousiclothing |
| 195 | Shenzhen Yashuqi Clothing Co., Ltd. | ysqclothing |
| 196 | Shantou Chaoyang District Gurao Yuanzhentai Clothing Firm | yuanzhentai |
| 197 | Yiwu Zhuzhou Trading Co., Ltd. | yume |
| 198 | Guangxi Yuyao Design Co., Ltd. | yuyaosheji |
| 199 | Yiwu Qinyan Chenyu Garment Co., Ltd. | ywsucaryan |
| 200 | Yuanyang County Hengsen Department Store Co., Ltd. | yyhsbh |
| 201 | Yuanyang County Hengsen Department Store Co., Ltd. | yyhsbh8 |
| 202 | Yuanyang County Hanou Department Store Co., Ltd. | yyxhobh |
| 203 | Hangzhou Meisu Trading Co., Ltd. | zerobodys |
| 204 | Guangzhou Zishan E-Commerce Co., Ltd. | zishangarment |
| 205 | Xiamen Zoyia Garments Co., Ltd. | zoyiame |
| 206 | Guangxi Zhongxing Tianxia Trading Co., Ltd. | zxtianxia |
| 208 | FULSURPRIS Official Store | 1101170886 |
| 209 | PINK SWAN Store | 1101217387 |
| 210 | EyeTornado Official Store | 1101237297 |
| 211 | JuneLove Store | 1101265114 |
| 212 | biubiu_ Store | 1101269712 |
| 213 | WSFSLJWDW Official Store | 1101459015 |
| 214 | YAGIMI Official Store | 1101499775 |
| 215 | Shop910338324 Store | 1101517595 |
| 216 | Lygens Store | 1101740882 |
| 217 | Peachip Store | 1101790745 |
| 218 | YUDX Pajamas Store | 1102041417 |
| 219 | Manufacturer Discount Store | 1102406611 |
| 220 | Yours Choice Factory Store | 1102436475 |
| 221 | Wixra Official Store | 1102528370 |

| 222 | Ilfioreemio Official Store | 1102894070 |
|---|---|---|
| 223 | All-in-One Store | 1103199680 |
| 224 | Shop1103212724 Store | 1103227113 |
| 225 | Shop1103346193 Store | 1103330586 |
| 226 | POKARLA Official Store | 1103393182 |
| 227 | Miraly Factory Store | 1103511037 |
| 228 | Shop1103609420 Store | 1103609421 |
| 229 | Shop1103622749 Store | 1103621754 |
| 230 | AiShang Shaperwear Store | 1103741385 |
| 231 | Wonderful You Store | 1103854446 |
| 232 | Body Perform Store | 1104406287 |
| 233 | LLHOSO Store | 1104652149 |
| 234 | YOGA Yucai Beauty Store | 1104703781 |
| 235 | Shop1104779694 Store | 1104784662 |
| 238 | Sutliant | A1BL6LXR9ZUHYD |
| 239 | EJQCO Body Perform | A1CU483ZDJ6NG |
| 240 | DingGongHuiShangMao | A1EMEKT8UPO7IQ |
| 246 | Hefengxianyikeriyongpinyouxiangongsi | A1WBDLZGU94UNY |
| 247 | SHEKINI Fashion | A1WITSPFXC410N |
| 252 | Shapaday | A294PPM3Z7I69G |
| 254 | guang zhou tai ku rui | A2J8UHZ7ZU4KUU |
| 256 | Pitauce | A2SVFKAPDJVAT |
| 261 | CCLLEG-USA Direct | A38PM66QCWZAH0 |
| 265 | houjiange1122 | A3NKIAYFY7CPPS |
| 268 | TSUKISHIRO | A5SAEKU60RET2 |
| 269 | Duoya99 | A5SB5M8X8UG77 |
| 270 | weiyinhe | A61ZELS77LIAP |
| 272 | xuanenxianLongDongYanChengshangmaoyouxiangongsi | A8H95PIP6FN33 |
| 273 | DREAM SLIM | ABZFFOKH30AFX |
| 275 | JiBoDe | AGS7JCCKAWLFC |
| 280 | dacai1 | 19809379 |
| 281 | tai01 | 19914219 |
| 282 | yigu003 | 20678336 |
| 283 | slimming_salon | 20812271 |
| 284 | dang09 | 21417084 |
| 285 | dou01 | 21599462 |
| 286 | kong00 | 21614476 |
| 287 | cong00 | 21614506 |

13

| | | |
|---|---|---|
| 288 | kong02 | 21614637 |
| 289 | kua09 | 21748579 |
| 290 | huan07 | 21751915 |
| 291 | yujia07 | 21751921 |
| 292 | niao01 | 21753104 |
| 293 | bei07 | 21756537 |
| 294 | hui0007 | 21756551 |
| 295 | tie06 | 21836702 |
| 296 | ping06 | 21836716 |
| 297 | zuo06 | 21836730 |
| 298 | dh_airshop | 21845039 |
| 299 | dao02 | 21859882 |
| 300 | bao04 | 21859914 |
| 301 | wai04 | 21859926 |
| 302 | pong04 | 21882978 |
| 303 | smartclothingstore | 21994323 |
| 304 | longda009 | 21994678 |
| 305 | ddmyfri | 21997394 |
| 306 | hezeamiba | 21999367 |
| 307 | fashion_world02 | 22002268 |
| 308 | tomato_lele | 22002541 |
| 309 | taiho_shop1 | 22002648 |
| 310 | charm_clothes | 22005562 |
| 311 | ddmyrabbit | 22010608 |
| 312 | dhpeteb | 22019598 |
| 313 | xmcf14 | 22024821 |
| 314 | brand1factory | 22038045 |
| 315 | brand3factory | 22038053 |
| 316 | shewang04 | 22040952 |
| 317 | clothing 888 | 22047470 |
| 319 | dsbsbhh226 | dsbsbhh226 |
| 321 | huyaov | huyaov |
| 322 | Jarvis_UKingdom | jarvisukingdom |
| 324 | ncfykj | ncfykj |
| 325 | qsxg_43 | qsxg_43 |
| 326 | tpzxe78 | tpzxe78 |
| 327 | tyt6-5 | tyt6-5 |
| 328 | zengyizhe1584 | zengyizhe1584 |
| 329 | AnyTypeShapewearUK | AnyTypeShapewearUK |

| 330 | Lebanghui | 14654 |
|---|---|---|
| 331 | Loretta Boutique clothing | 208767635346 |
| 332 | VS COLLECTIONS | 634418211202417 |
| 334 | C T Fashion | 634418214043605 |
| 338 | HGARDEN | 634418214972113 |
| 349 | SLIMLINE | 634418217334982 |
| 355 | QIAOTE | 634418220391130 |
| 356 | VitalForge | 634418220995105 |
| 364 | MMMMM Fashion Shopping | 101183289 |
| 368 | sksloeg | 101194748 |
| 373 | Yibang Bilu | 101220982 |
| 374 | biziza | 101268676 |
| 375 | HATTEN store | 101269178 |
| 376 | Fashion Clothing 2025 | 101294741 |
| 377 | Xuehua | 101335466 |
| 384 | XIANEWS Direct | 101517962 |
| 385 | Hdeyas | 101526008 |
| 388 | Srinalash | 101576735 |
| 394 | YYPCWL | 101622120 |
| 397 | xianboliyangwangluokejiyouxiangongsi | 101633508 |
| 398 | Bienvenido | 101643904 |
| 401 | Ukumplol | 101655977 |
| 402 | AOYUAJHSA | 101657862 |
| 406 | chunxiu tan | 101676932 |
| 411 | JinCuteGirls | 101694562 |
| 414 | Yabei | 102483502 |
| 415 | Jajyt | 102483878 |
| 416 | ZCKK Co.Ltd | 102492221 |
| 417 | VivaBelle Styles | 102493925 |
| 419 | JIUshinI205 | 102497511 |
| 421 | putianlichengmufuxingkeji | 102503680 |
| 422 | chaoong | 102514259 |
| 427 | Efngkp | 102575266 |
| 428 | HONGPING | 102576187 |
| 435 | Gessp | 102616031 |
| 437 | balingsd | 102634206 |
| 441 | AkhgaML | 102661376 |
| 444 | YuDingTaoo | 102745001 |
| 455 | GoodLuckPlus100TradingFirm | 102884426 |

| 459 | zhouli553 | 5d563d2aa7c37340df73cb5a |
| 460 | Xyra | 5de764010f875b060014afae |
| 461 | zhuxianlian | 5f4105ca59bab0fbc857b7d3 |