**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SKIMS Body, Inc.                                 )
                                                 )       Case No. 25-cv-12696
v.                                               )
                                                 )       Judge:  Hon. Jorge L. Alonso
THE PARTNERSHIPS and                             )
UNINCORPORATED ASSOCIATIONS                      )       Magistrate: Hon. Heather K. McShain
Hon. IDENTIFIED ON SCHEDULE "A"                  )
                                                 )
_____                )

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement

agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|-----|-------|-------------|
| 208 | FULSURPRIS Official Store | 1101170886 |
| 213 | WSFSLJWDW Official Store | 1101459015 |

dismisses them from the suit without prejudice.

Dated: March 10, 2026              Respectfully submitted,


                                   By:     __s/David Gulbransen/_____
                                           David Gulbransen
                                           Attorney of Record
                                           Counsel for Plaintiff

                                           David Gulbransen (#6296646)
                                           Law Office of David Gulbransen
                                           805 Lake Street, Suite 172
                                           Oak Park, IL 60302
                                           (312) 361-0825 p.
                                           (312) 873-4377 f.
                                           david@gulbransenlaw.com